FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN PATRICK Q., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO. 2:17-CV-00320-RHW <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On September 12, 2017, Plaintiff filed a Complaint in this matter, along with an Application to Proceed Without Prepaying Fees. ECF No. 1. The next day, United States Magistrate Judge John T. Rodgers issued an order finding Plaintiff did not qualify as indigent and that he would not be permitted to file his Complaint without prepayment of the filing fee. ECF No. 2. As of March 4, 2020, Plaintiff had not paid the filing fee; thus, the Court entered an order directing Plaintiff to show cause as to why this case should not be dismissed. ECF No. 3. To date, Plaintiff has not responded to the Court's order, nor paid the full filing fee. As such, the Court has determined that this matter shall be dismissed.

///
///
///
///

**ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. This matter is **dismissed without prejudice.**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 9th day of April 2020.

<u>s/Robert H. Whaley</u>
ROBERT H. WHALEY
Senior United States District Judge
